UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

| | |
|---|---|
| REID HYKEN, | DISTRICT JUDGE: Robert J. Jonker |
| Plaintiff, | Magistrate Maarten Vermaat |
| v | CASE NO. 2:25-cv-00046-RJJ-MV |
| KELLI VAN GINHOVEN, ROBERT LAMARCHE, SAM POULIOT, and THE CITY OF ESCANABA, | |
| Defendants. | |
| Collin H. Nyeholt (P74132) | Derek G. Swajanen (P57049) |
| Law Offices of Casey D. Conklin, PLC | Hyde & Swajanen, P.C. |
| Attorneys for Plaintiff | Attorney for Defendant Kelli Van Ginhoven |
| 4780 Okemos Road, Ste. 2 | 706 Chippewa Square, Ste. 101 |
| Okemos, MI 48823 | Marquette, MI 49855 |
| (517)522-2550 | (906)228-6793 |

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDATS CITY OF ESCANABA, ROBERT LAMARCHE, AND SAM POULIOT TO FILE ANSER TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated by the parties, through their respective counsel, that the Defendant, Kelli Van Ginhoven, having acknowledged service, shall have until June 28, 2025, to file their Answer to Plaintiff's Complaint.

IT IS SO ORDERED.

/s/ Robert J. Jonker

HON ROBERT J. JONKER, District Court Judge

Dated: June 4, 2025

**We hereby stipulate to entry of the above Order:**

LAW OFFICES OF CASEY D. CONKLIN, PLC

*/s/ Collin Nyeholt w/ Permission*

Collin H. Nyeholt (P74132)

Attorneys for Plaintiff

Dated: 6-2-25

HYDE & SWAJANEN, P.C.

*/s/*

Derek G. Swajanen (P57049)

Attorney for Defendant Kelli Van Ginhoven

Dated: 6-2-25