UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

REID HYKEN,

Plaintiff,

v.

VAN GINHOVEN, et al.,

Defendants.

______________________________________/

Case No. 2:25-cv-46

Hon. Maarten Vermaat
U.S. Magistrate Judge

**JUDGMENT**

The undersigned issued an Opinion on September 23, 2026, ECF No. 79, granting the Defendants' motion for summary judgment, declining to exercise supplemental jurisdiction on the remaining counterclaims, and dismissing the case. The Court hereby grants judgment for the Defendants and against the Plaintiff. Kelli Van Ginhoven's counterclaims are dismissed without prejudice and the case is dismissed.

Dated: September 23, 2026

/s/ *Maaten Vermaat*
MAARTEN VERMAAT
U. S. MAGISTRATE JUDGE